UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA JEAN H., <br>                 Plaintiff, <br>    v. <br> ANDREW M. SAUL, <br> Commissioner of Social Security, <br>                 Defendant. | No. CV 18-3239 FFM <br><br> JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings set forth in the Order filed concurrently herewith.

DATED: September 23, 2019

                                                /S/FREDERICK F. MUMM
                                                FREDERICK F. MUMM
                                                United States Magistrate Judge